# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DOTTIE COFFEY, | : | Case No. 1:20-cv-00930 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| OHIO VETERANS HOME, et al., | : | |
| Defendants. | : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised by counsel that the parties have reached a settlement in this matter.

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**  UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____*/s/ Matthew W. McFarland*_____
JUDGE MATTHEW W. McFARLAND